1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ALFRED R. DYER, SR.,

10            Petitioner,                    No. CIV S-04-0484 DFL JFM P

11        vs.

12   T.L. ROSARIO,

13            Respondent.                    ORDER

14   _____/

15            Petitioner has requested an extension of time to file and serve a supplemental brief

16   pursuant to the court's order of March 25, 2005.[1]  Good cause appearing, IT IS HEREBY

17   ORDERED that:

18            1.  Petitioner's May 4, 2005 request for an extension of time is granted;

19            2.  Petitioner shall file and serve a supplemental brief on or before June 9, 2005;

20   and

21   /////

22   /////

23   /////

24   /////

25   _____

26       [1] Petitioner is referred to the provisions of Local Rule 5-137 with respect to the
     requirements for electronically lodging proposed orders, and petitioner is referred to the Court's
     web site to obtain the proper e:mail address to which a separate Word Perfect version of
     proposed orders should be sent.

3.  Respondent's response to petitioner's supplemental brief, if any, shall be filed and served not later than thirty days thereafter.

DATED:  May 26, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
dyer0484.111