1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ALFRED R. DYER, SR.,
11            Petitioner,            No. CIV S-04-0484 DFL JFM P
12       vs.
13  T. L. ROSARIO,
14            Respondent.            ORDER
15  _____/
16          Petitioner has filed, in propria persona, a request for the status of this action.
17  Petitioner is represented by counsel.  All requests for court action by or on behalf of petitioner
18  must be presented by his attorney of record.  Good cause appearing, IT IS HEREBY ORDERED
19  that:
20          1. The Clerk of the Court is directed to serve a copy of petitioner's March 9, 2006
21  request on petitioner's attorney of record;
22          2. The Clerk of the Court is directed to serve a copy of this order on petitioner at
23  the address on his March 9, 2006 request; and
24  /////
25  /////
26  /////

1

3. Petitioner's March 9, 2006 request shall be disregarded.

DATED: April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
dyer0484.req